371 A.2d 1296

Commonwealth v. Bell, Appellant.

Argued November 10, 1976. P. Balogh, with him John R. Cook, Trial Defender, for appellant; Diane Berman, Assistant District Attorney, with her Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 1296

Commonwealth v. Brunner, Appellant.

Argued November 9, 1976. John Woodcock, Jr., Public Defender, for appellant; J. Michael Dorezas, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.